# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| CLINTON HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-00791 |
| | ) | Judge Aleta A. Trauger |
| AUDI OF NASHVILLE and | ) | |
| AMERICAN CREDIT ACCEPTANCE, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Objections filed by plaintiff Clinton Harris (Doc. No. 37) and defendant Audi of Nashville (Doc. No. 36) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 35) are both **OVERRULED**, and the R&R is **ACCEPTED** in its entirety. Consequently, the court disposes of the pending motions as follows:

(1) defendant Audi of Nashville's Second Motion to Dismiss the Amended Complaint (Doc. No. 29) is **DENIED WITHOUT PREJUDICE** as untimely;

(2) defendant American Credit Acceptance, LLC's Motion to Dismiss (Doc. No. 25) is **GRANTED**, and all claim against this defendant are **DISMISSED** for failure to state a claim for which relief may be granted;

(3) plaintiff Clinton Harris's "Motion To Dismiss Request For Extension Of Time" (Doc. No. 27) is **DENIED**; and

(4) Harris's "Motion For Relief To Be Granted" (Doc. No. 28) is **DENIED**.

This case remains on referral to the Magistrate Judge.

It is so **ORDERED**.

           ALETA A. TRAUGER
           United States District Judge