UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLINTON HARRIS,<br>  Plaintiff,<br><br>v.<br><br>SAI NASHVILLE MOTORS, LLC d/b/a<br>AUDI NASHVILLE,<br>  Defendant. | Case No. 3:24-cv-00791<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |

## **MEMORANDUM ORDER**

Plaintiff Clinton Harris (Harris) has filed a motion for leave to serve defendant with an amended version of an interrogatory that he previously numbered as Interrogatory No. 16. (Doc. No. 130.) Generally, "[a]ny party may serve up to 25 written interrogatories on any other party in an action without leave of court." Moore's Federal Practice—Civil § 33.40 (citing Fed. R. Civ. P. 33(a)(1)). Court permission might be necessary here, however, for two reasons. First, the Court is not sure from the record whether Harris has exhausted the limit of 25 interrogatories. Second, Harris would like to shorten the time for defendant to respond to the amended interrogatory. Specifically, given the current discovery deadline of June 24, 2026 (Doc. No. 117), Harris would like the Court to order defendant to respond to the amended interrogatory within three business days of service.

Consistent with Local Rule 7.01(b), the Court GRANTS IN PART Harris's motion (Doc. No. 130). To the extent necessary under Rule 33(a)(1), the Court grants Harris leave to serve defendant with his proposed amended interrogatory. Under Rule 33(b)(2), defendant will respond to the amended interrogatory within 10 days after the date of service. The amended interrogatory, as written, asks only for a listing or a providing of certain information and does not necessarily

require separate document production under Rule 34(b). To the extent that separate document production will become necessary, the Court will address the timing and terms of production as needed after defendant responds to the amended interrogatory.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge