UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLINTON HARRIS,<br>Plaintiff,<br><br>v.<br><br>SAI NASHVILLE MOTORS, LLC,<br>Defendant. | Case No. 3:24-cv-00791<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |

**ORDER**

The Court held a status conference with the parties on July 16, 2026. For the reasons stated at the conference, and after considering the parties' papers, the Court orders as follows for certain motions currently pending:

1) Defendant's motion to quash (Doc. No. 150) is GRANTED IN PART to quash the subpoenas in question in their entirety. The motion is DENIED with respect to the request for costs and fees.

2) Defendant's motion for a protective order (Doc. No. 152) is GRANTED IN PART to require plaintiff to follow all applicable rules, local rules, and orders for any future subpoenas, discovery motions, or scheduling motions. The motion is DENIED with respect to the request for costs and fees.

3) Plaintiff's motion for enforcement and for sanctions (Doc. No. 159) is DENIED.

4) Plaintiff's motion for leave to take a second deposition of Robert Hartman (Doc. No. 160) is DENIED.

5) Plaintiff's motion for leave to file three audio recordings (Doc. No. 161) is GRANTED. When working with the Clerk's Office to file the exhibits, plaintiff must follow Administrative Order 205, available on the Court's website. Among other requirements,

Administrative Order 205 requires a cover letter that includes the name of the case; the case number; the party making the filing; and the specific docket entry number for which the audio exhibits relate. Administrative Order 205 also requires service of the exhibits and of the cover letter on defendant. The granting of the motion in itself does not constitute any opinion about how the Court ultimately will consider the exhibits in the future.

6) Plaintiff's motion to strike (Doc. No. 167) is DENIED.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge